United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-12334-djb
Susan Olivia Scott Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Sep 12, 2025     Form ID: 318     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Olivia Scott, 4511 Linden Avenue, Philadelphia, PA 19114-3933 |
| 15017670 | + | Marie Gilden, 4511 Linden Avenue, Philadelphia, PA 19114-3933 |
| 15017655 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Sep 13 2025 04:42:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2025 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 13 2025 04:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15017660 | | Email/Text: bncnotifications@pheaa.org | Sep 13 2025 00:51:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15017661 | | Email/Text: bk@avant.com | Sep 13 2025 00:51:00 | Avant/WebBank, 222 N La Salle St, Ste 1600, Chicago, IL 60601-1112 |
| 15017662 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2025 01:04:47 | Bank of Missouri, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15017659 | | Email/Text: megan.harper@phila.gov | Sep 13 2025 00:51:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15017663 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2025 01:04:38 | Credit One Bank N.A., Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15017664 | | EDI: DISCOVER | Sep 13 2025 04:42:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15017665 | | Email/Text: BNSFS@capitalsvcs.com | Sep 13 2025 00:51:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 15017666 | | EDI: PHINGENESIS | Sep 13 2025 04:42:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15017652 | + | EDI: IRS.COM | Sep 13 2025 04:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15017667 | | Email/Text: Bkynotices@lendingpoint.com | Sep 13 2025 00:51:00 | Lendingpoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd NW, Ste 200, Kennesaw, GA 30144-3612 |
| 15017668 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: 318 | Total Noticed: 28 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 13 2025 01:30:46 | LVNV Funding LLC, 355 S Main St Ste 300-D, Greenville, SC 29601-2923 |
| 15017669 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2025 01:04:44 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15017671 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2025 00:51:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15017653 | + | EDI: PENNDEPTREV | Sep 13 2025 04:42:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15017656 | ^ | MEBN | Sep 13 2025 00:39:44 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15017658 | + | Email/Text: bankruptcy@philapark.org | Sep 13 2025 00:51:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15017672 | ^ | MEBN | Sep 13 2025 00:39:51 | Synchrony Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15017673 | | EDI: SYNC | Sep 13 2025 04:42:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15017657 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 13 2025 00:51:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15017654 | ^ | MEBN | Sep 13 2025 00:39:28 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15017674 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2025 01:15:10 | Verve Bank of Missouri, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15017675 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2025 01:04:43 | WEBBANK FINGERHUT, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:

**Name**        **Email Address**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 12, 2025 | Form ID: 318 | Total Noticed: 28

BRAD J. SADEK
   on behalf of Debtor Susan Olivia Scott brad@sadeklaw.com
   bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

LYNN E. FELDMAN
   trustee.feldman@rcn.com lfeldman@ecf.axosfs.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

**Information to identify the case:**

| Debtor 1 | Susan Olivia Scott | Social Security number or ITIN xxx–xx–6783 |
|---|---|---|
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–12334–djb | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Susan Olivia Scott

9/11/25

**By the court:** Derek J Baker
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**